RECEIVED
SDNY PRO SE OFFICE
2021 APR 19   :21 9: 48



ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN   DISTRICT OF NEW YORK

Joseph J. Gentile Jr.
Din: 07A0255

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

Anthony J. Annucci (Acting Commissioner)
Edward Burnett (Superintendent)
John Wood (Dep of programs)
Luis Gonzalez (Asst Dep of Programs)
Counselor Fuse (Group Counseling)

_____
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES _✓_   NO _____

I.    **Parties:** (In item A below, place your name in the first blank and provide your present
address and telephone number. Do the same for additional plaintiffs, if any.)

A.   Name of plaintiff  Joseph J. Gentile Jr. #07A0255

If you are incarcerated, provide the name of the facility and address:

Fishkill Correctional Facility
271 Matteawan Road, P.O Box 1245
Beacon , NY 12508

Prisoner ID Number:   #07A0255

1

If you are not incarcerated, provide your current address:

Parole April 27, 2021.

Telephone Number: My wife Tameka Felton Gentile I am
Paroling to her. Phone number is: (516) 412-0663

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Anthony J. Annucci
Full Name

Acting Commissioner
Job Title

1220 Washington Ave.
Albany, N.Y. 12226-2050
Address

Defendant No. 2

Edward Burnett
Full Name

Superintendent
Job Title

271 Matteawan Road, PO Box 1245
Beacon, N.Y. 12508
Address

Defendant No. 3

John Wood
Full Name

Dep of Programs
Job Title

FishKill Correctional Facility

271 Matteawan Road, P.O Box 1245
Beacon, NY    12508
Address

Defendant No. 4    Luis Gonzalez
Full Name

Asst  Dep  of  programs
Job Title

271 Matteawan Road  P.O. BOX 1245
Beacon, N.Y.  12508
Address

Defendant No. 5    (Unknown) Ms. Fuse
Full Name

S.O.P. Group  Counseling (Rm. 25)
Job Title

_____

_____
Address

## II.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? At FisKill Correctional
Facility.

_____

When did the events happen? (include approximate time and date) I informed the
administration here at FishKill via "Inmate Grievance"
Submitted on November 2, 2018.

3

I have in great detail Explained how these programs Violate my religion. Sincerely I ask You see Grievace, Please Refer to the Attached Detailed Grievance For more Facts

Facts: (what happened?) Most Respectfully, I had, and have done as Allâh commands in HIs speech the Holy & (6-120) NOBEL Qur'ân: "Leave off sin, done, both openly and Secretly" The Greatest sin according to both "Sunni" and "SHI'ITE" muslims is "Shirk Akbar". Associating partners with Allâh. In other words worshipping anyone or anything other than Allâh. Confession of any sin to Anyone, is Forbidden! The Prophet Muhammad (s.a.w.s) was reported to have said: "Conceal your Faults and sins (do not speak of them) and Allâh will Conceal and Forgive you them on the day of Judgement." Here I've made the state aware of this for years. Yet I've been Forced to attend these groups. I have attached the Grievances to better explain in detail, how these programs, violate my religion. I am going to be released April 27, 2021. I beg Allâh and this Honorable Court to File my claim. I can convey myself verbally Far better than I write.

**II.A.   Injuries.**       If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

My injuries are beyond words, I sob as I am Forced to seek the Help of man over Almighty GOD (Allâh) my Lord has given me nightmares I am Forbidden to speak on. According to the Sunnah of my Prophet Muhammad s.a.w.s.

4

As stated by my Grievance submitted
11-20-18, Grievance #FCF-38537-18.

    I had informed this office (D.O.C.S.)
that in the religion of Islam. There is no
"Confession". Here the sex offender program
is even more of a violation of my religion.
    Because it is speaking about sex. A muslim
only speaks of sex with his or her spouse,
Father to son, mother to daughter. Further
the Prophet Muhammad (s.a.w.s) again said
"~~Conceal~~ "Conceal your Faults/sins (do not speak
of them) and Allâh will forgive you
them on the day of Judgement."
    Here at FishKill Correctional Facility Counselor
Ms. Fuse when giving her class "asked me" "what
are your triggers"? When I asked "what are triggers?" she
said "What gets you aroused?" I replied "my religion
Forbids me from answering that." It upset-set her
a great deal. Then Ms. Fuse was reading From
Some "sex offender material" a booklet. When
she came to a part where it stated "Sexual
Deviate behavior is a sickness." I asked
Ms. Fuse "What is considered deviate?"

2-of-3

Ms. Fuse replied "homosexuals, society considers homosexuals deviates!" When I said: "Ms. Fuse homosexuals can't be considered deviate!" She said "Society considers them deviate, don't argue with me!"

The last statement From Ms Fuse was said in a enraged, aggressive tone, As if she has personal reasons to dislike homosexuals, Being Ms. Fuse has attacked me for bringing up my islamic Faith. I Find it very disturbing "that seperating "church" and "state" "only "applies to my Faith" But when I said these exact words to her she acted very aggressive toward me. I Further said to her, "our Current President Joe Biden has appointed a transgender woman to his cabinet, that proves that the L.G.B.T. community are not deemed Deviates by society but by you Ms. Fuse," I only remember her shouting "Not to argue with her", making a indirect comment that she has Friends in albany who can prevent me, release on parole, I will submit to a polaygraph, I ask Ms. Fuse be offered one as well.

3 - oF - 3                    Respect Fully Joseph J Santel.

## Addendum

In regaurd to the exhausting of administrative remedies. I have. I beg Allah, and this Honoable Court to see thragh the deception of the New York State Department of Corrections. Used to circumvent the grievance process. More deplorable clearly, is thier intention of avoiding true Judicial intervention. Which would protect me From this ongoing violation of my Islamic Faith. On November 2, 2018 I submitted my grievance on these violations of the United States Consitution. Under Grievance number # FCF-38537-18. My Grievance sat idle in D.O.C.S. Headquaters over two years with no reply. Until after I am told by A.S.A.T. senior Counselor VanDyken in late 2019 I was being given "Executive Clemency", Ms. VanDyken said she had gotten an E-MAIL From Director William Fitzpatrick of The Executive Clemency Bureau, I had recived a number of letters From Director Fitzpatrick. Stating that I had been cleared by him, the Director For executive clemency.

Lastly I am taken by Ms. VanDyken to Building 13 and she had completed a Parole Packet, When I asked her how long before I was to be released she replied "I do not Know, but Albany demands a parole address by this Friday"

I had submitted two addresses, Plus a letter of employment from Thomas Arvanitidis a master electrician. My Father Joseph J, Gentile SR ESQ (AD 1953 Born 1922 - 2018) had Just passed on and with my mother still living in hardship. For they were happily married fifty one years. Her and I broke down crying. That this executive Clemency Just missed my being there for my Father. When I spoke to another O.R.C. Bell he said I should be released in a matter of days. Again, this is late 2019 with my appeal pending on this Grievance. Then I recieve a letter asking me to give Albany, (Gievance Headquaters) D.O.C.S. to give them more time to decide on my grievance although it had been nearly two years, I wrote back "Because Director Fitzpatrick of Executive Clemency has ordered a ~~parole~~ Parole packet be done I am being released." Further on that lie of my release I had withdrawn said grievance. I am still in prison, have never been paroled. It is clear that I was decived so I would withdraw my grievance. All of these Facts can be confirmed by D.O.C.S. N.Y. Computer, EMAIL's. Respectfully I hope this Honable court not hold me to that withdraw being it was made as if an agreement that I would not be here still exposed to this violation of my beliefs.

2 - OF - 3

IF not For D.O.C.S, trickery my exhausting
of administrative remedies have been met. The
sex offender counselor "Ms. Fuse" has abused
and mistreated me and my beliefs in Islam
many times. I once slipped and said in aribic
"Insha Allāh" which means in english GOD willing.
Ms. Fuse raised her voice saying "that Jibberish
has no place in here!" Yet a Friend who is in
the same class said "God willing" in english
Ms. Fuse smiled and said nothing. The
one instance where she almost "pulled her pin"
to have security staff put me in the Box was when
she was reading From a book on the treatment
oF sex offenders. Ms. Fuse began to read
"The doctor said sexual Deviates can be-
cured" when another person in the class asked
Ms. Fuse "what is considered Deviates" Ms. Fuse
said "Society says Homosexuals are sick
Dev Deviates" I interjected becase I must
"Participate" according to Ms. Fuse IF I do not
"she will see I am never released". I said Ms.
Fuse Society does not say Homosexuals are
Deviates, you do" "President Joe Biden has a
transgender woman in his cabinet" Ms. Fuse went
berserk, livid screaming "Don't you argue
with me". I beg this Courts intervention,
I will happily take a polygraph.                    Joseph J. Gentile
            3 oF 3                              28. U.S.C, § 1746

III.   **Relief:** State what relief you are seeking if you prevail on your complaint.

The only relief I seek is not to be punished by the State of New York for believing In Allah. I also beg an Audience with this Honorable Court, Please Forgive my spelling and penmenship my hand shakes while I dwell on this. Out of sincere Fear of Allah.

I declare under penalty of perjury that on **April 8, 2021**, I delivered this
(date)
complaint to prison authorities at **Fishkill Correctional** to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **4-8-2021**

Signature of Plaintiff

Name of Prison Facility or Address if not incarcerated: **Fishkill Correctional**

Address: **271 Matteawan Road P.O. Box 1245 Beacon, NY 12508**

Prisoner ID#: **07A0255**

rev. 12/1/2015

5

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## FISHKILL CORRECTIONAL FACILITY

### GRIEVANCE RECEIPT NOTIFICATION

**TO:**  Gentile, J.  07A0255
(NAME / DIN #)

**FROM:**  Grievance Office

**DATE FILED:**  11-6-18

This is to inform you that the below referenced grievance has been received by the Grievance Office and filed on the date noted above.

**GRIEVANCE #**  38537-18

**CODE**  6

**TITLE**  no ASAT, ART

FISHKILL CORRECTIONAL FACILITY
Inmate Request Form

NOTE: This request may not be processed unless you have provided all of the information as requested below and
have obtained the Signature of your Housing Unit Officer.

NOTA: Este requisito no sera prosesado a menos que usted no haya provehido toda la informacion como ha sido
requirida en la parte de abajo y haber obtenido la firma del oficial de su unidad.

Name (Nombre) _Joseph Gentile_ Din# (Numero) _07A0255_

Unit (Unidad) _21-1E-25_ Date (Fecha) _November 2, 2018_

AM Program _Food ser,_ PM Program _Food ser,_ Eve Program: _____
Programas

## WHAT SERVICES ARE YOU REQUESTING?
## ¿QUE SERVICIOS USTED NECESITA?

( ) Program Committee
Comite de Programa

( ) Head Clerk
Cabeza de Oficinistas

( ) Inmate Accounts
Cuenta De Los Internados Presos

( ) Transitional Services
Servicios De Transicion

( ) Parole Unit
Unidad De La Libertad Provisional

( ) Other (Be Specific)
Otros (Sea Especifico)

( ) Mental Health Unit
Unidad De Salud Mental

( ) Chaplain's Services
Oficina De Capellan

( ) Volunteer Services
Servicios Voluntarios

( ) Medical Services
Servicios Medicos

( ) Barber Shop
Barberia

( ) Service Unit
Unidad De Servicios

(✓) IGRC        _1 of 4_

Please State Problem _Being a sincere and devout muslim these "Programs" →_
Por favor especifique su problema
_→ A.S.A.T., A.R.T., and S.O.P. violate my_
_civil rights protected by both the N.Y.S and U.S. Constitution._

C.O's Signature _M Nem_      Date _11/2/18_
(Not Necessary For IGRC Services)

To _____ Din # _____

In Reply To Your Request Dated _____

_____

_____

_____    _____    _____
Name of Responder                  Title                      Date

To explain how these programs violate my civil rights protected by both the United States as well as the New York State Constitutions, _Protected_ is my _Religion_, which is Islam.

In Islam we follow the orders given to us by Allâh (GOD), in His speech (His words), _the Holy and Noble Qur'an_, and _the Sunnah_ (words, orders, actions, lessons ect.) of the Prophet Muhammad (m.p.b.u.h).

Allah states in the Holy Qur'an "obey Me and My Messenger" in several Ayât (verses) of our Qur'an, an order given to all Muslims by GOD.

In the Sunnah of the Prophet Muhammad (m.p.b.u.h) there is a _well known_ _authentic Hadith_ (in this case order, - statement) from the Prophet Muhammad in which he orders " Conceal (do not do publicly, _nor speak of_.) your Faults and Allâh (GOD) will Conceal (Forgive) your Faults on the day of Judgment" Hence no muslim should need to sit in either a one on one or group speaking of "sins" they committed, for they advertise and propagte these actions not only in thier own Hearts and minds but the Hearts and minds of others, ~~words~~ Worst of all being held accountable by GOD on the day of Judgment, for sins GOD (Allâh) would have Forgiven them.

2 - of - 4

On page one of this grievance I Listed said programs that violated <s>all</s> my Religion (Islam) in this order A.S.A.T., A.R.T., and S.O.P.

Please allow me to adress each of these in relation to me personally. In regaurds to A.S.A.T. I have never had a "<s>Drug</s>" "Drug related case" nor any "D.U.I." Charge. Never In all my time in prision, (First week of January 2007) have I had a "Dirty urine" (positive for any drug use) yet many people who complete said "A.S.A.T." test positive for drugs after completing the A.S.A.T program.

Secondly A.R.T., I am innocent of current conviction, both the second circiut (under Gentile v. Capra 18-1046) Federal court as well as the U.S. Supreme court under (Gentile v. New York 17-7776 are currently reveiwing my case on appeal. During the last nearly twelve years, Althoug I have been attacked and assault on more than one occasion even once resulting in twenty Five stiches to put togethor my right ear. I did not, and have not, hit, struck or <s>harmmed</s> harmed anyone in my entire life. So similar to the A.S.A.T, I will not sit Somewhere and listen to others sins nor make up lies (another sin) <s>to appease</s> a person, but anger all Mighty GOD (Allâh) the All-Hearing, "inventing" stories of violence.

3- of 4

In close, thank Allâh (swt) I am not guity of raping my ex-wife, all I did was break-off relations with her when I found out she was unfaithfull. She needs s.o.p, not me. In the U.S. supreme court there are recordings made by N.Y.C. Dept. of CORR, where my ex-wife said "IF I (she) tell the truth & that i did not rape her) I (she) will go to Jail" after a decade I finally won an Art. 78 for those calls which prove I am innocent.

Again, For any muslim "confession" of sins is not permitted, and as an american my Religion is protected. Thank you.

<u>Reolution</u>: That these Programs be removed from me, as "needed" or "required programs" in order to make my conditional release, should the courts not make thier decision, or I need appeal thier decision.

Truely Joseph J. Gentle Jr
28 U.S.C. 1746

cc: ANDREW F. Plasse. Esq.          Pro-Se
163-07 Depot Road, Suite 205        114 Prospect Street
Flushing, NY  11358-2056            Ithaca, NY 14850

Harold V. Ferguson Jr. Esq
199 water st.
New York, NY    10038

FORM 2131E (REV. 6/06)

## INMATE GRIEVANCE COMPLAINT

Grievance No.

_FishKill_ _____
CORRECTIONAL FACILITY

Name _Joseph Gentile_

Date _April 7, 2021_

Dept. No. _07A0255_ Housing Unit _12-2-Bed 12_

Program _Group Counselor_ AM _____

(Please Print or Type - This form must be filed within 21 calendar days of Grievance incident)*

Description of Problem: (Please make as brief as possible) _This is an extension of Grievance number (FCF-38537-18) which Albany could Not Refuted Any Program where a muslim must "confess" or "acknowledge" past or present "sins", Like, but not limited to, Drugs, Alcohol or sex are a violation of the Islamic Faith. Being Albany D.O.C.S. is Aware they are violating my religion I am Filing a 1983, in the Federal courts._

Grievant
Signature _Joseph J Gentile_

Grievance Clerk _____ Date: _____

Advisor Requested ☐ YES ☐ NO   Who: _____

Action requested by inmate: _That Immediately be removed From "S.O.P." (Group Counseling - Rm 25). Regardless in this Federal 1983. I will continue to Fight this violation of my civil rights._

This Grievance has been informally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC)

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

1 oF 3

FORM 2131E (REVERSE)  (REV. 6/06)

Response of IGRC:          FCF-38537-18                          11-20-18

Grievance denied.  Per ADSP grievant has been appropriately assessed as
needing ASAT (based on his intake interview at Downstate) and ART (based on
crime of conviction).  Finally, CORC has asserted in CX-15513-09 "that ASAT
is based on the nine competencies of recovery, not the twelve steps" and that
"ASAT is not based on any religion".


Date Returned to Inmate _11-20-18_          IGRC Members _____

Chairperson _____

Return within 7 calendar days and check appropriate boxes.*

[✓] I disagree with IGRC response and wish to          [ ] I have reviewed deadlocked responses.
    appeal to the Superintendent.                          Pass-Thru to Superintendent

[ ] I agree with the IGRC response and wish to          [ ] I apply to the IGP Supervisor for
    appeal to the Superintendent.                          review of dismissal


Signed _Joseph J. Denkito Jr._                          _11-23-18_
                    Grievant                                Date


_____                          _____
      Grievance Clerk's Receipt                          Date


---

*To be completed by Grievance Clerk.*


Grievance Appealed to the Superintendent _____
                                                Date

Grievance forwarded to the Superintendent for action _____
                                                          Date


*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

First Deputy Superintendent Williams  11-26-18 affirmance of the IGRC's denial of grievance FCF #38537-18 is both arbitrary, capricious and borders on impropriety. My reasoning is borne by the fact that neither the IGRC or any Doccs employee involved in the investigation of my grievance has produced a shred of evidence in support of DOCCS' determination/assessment that I need treatment for "substance abuse" (i.e. ASAt)

Additionally, contrary to the coy use of semantics by the IGRC and Ms. Williams, my grievance does not complain that ASAt [or ART or the SOP] is based on religion (see line 4 of Ms Williams' decision affirming my grievance).

As stated in my grievance, arbitrarily and capriciously forcing me to participate in ASAt, ART and/or SOP violates my civil rights because my religious belief forbids me to confess sins against the commandments of Allāh and His Prophet Muhammad (m·p·b·u·h·), which a participant in ASAT, ART and/or SOP must do to satisfy program requirments.

Thus. my grievance must be granted in its entirety, and the assessment need(s) must be expunged from my guidance and counseling records.

Joseph Gentile DIN 07A0255
Fishkill Correctional Facility
Box 1245
Beacon, New York 12508

CERTIFIED MAIL

04/13/2021   $009.65
US POSTAGE

ZIP 12508
041L11251113

7019 1640 0000 0829 2298

RECEIVED
SDNY PRO SE OFFICE
2021 APR 19  PM 9:00

RECEIVED
CLERK'S OFFICE
S.D.N.Y.
2021 APR 16  PM 1:19

New York Southern District Court
Honorable Daniel Patrick Moynihan.
500 Pearl Street
New York, New York   10007

WS
25 cry

USM P3
SDNY

"Legal Mail"

FISHKILL
CORRECTIONAL
FACILITY