UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH J. GENTILE,
                    Plaintiff,

v.

ACTING COMMISSIONER ANTHONY J.
ANNUCCI; SUPERINTENDENT EDWARD
BURNETT; DEP. OF PROGRAMS JOHN
WOOD; ASST DEP. OF PROGRAMS LUIS
GONZALES; and L.M.S.W. FUEZ,
                    Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 3405 (VB)

     On February 7, 2022, the Court received the attached letter from plaintiff, who is incarcerated and proceeding pro se and in forma pauperis. Plaintiff states, "I move to withdraw the above mentioned action."

     The Court construes plaintiff's letter as a notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i).

     The notice is so ordered and the case is DISMISSED. All deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

     The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

     Chambers will mail a copy of this Order to plaintiff at the address on the docket.

     The Clerk is instructed to close the case.

Dated: February 7, 2022
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

RECEIVED FEB -7 2022 CHAMBERS OF VINCENT L. BRICCETTI UNITED STATES DISTRICT JUDGE SOUTHERN DISTRICT OF NEW YORK

Febuary 1, 2022

Re: "Gentile v. Annucci" 21-CV-3405(VB)

To Honorable Judge Vincent L Bricetti

Most respectfully your honor,
I move to withdraw the above mentioned action

Respectfully Submitted

Joseph J. Gentile Jr.
28 U.S.C. § 1746
Joseph J. Gentile Jr.

cc: Gee Won Cha AAG
28 liberty street
NY, NY 10005